Samuel McNay

v.

Daniel G. Stratton.

*Filed at Ottawa January 23, 1884.*

Appeal—*trespass to the person—finding for defendant.* In trespass for an assault and battery, in which a judgment for the defendant is affirmed by the Appellate Court, no appeal lies to this court unless a majority of the appellate judges shall certify that the case involves issues of law of such importance, etc., as that it should be passed upon by this court.

Appeal from the Appellate Court for the Second District;— heard in that court on appeal from the Circuit Court of Henry county; the Hon. John J. Glenn, Judge, presiding.

Mr. C. C. Wilson, for the appellant.

Messrs. Shepard & Marston, for the appellee.

Mr. Justice Scholfield delivered the opinion of the Court:

This appeal must be dismissed. The action is trespass, for an assault and battery. The verdict and judgment of the circuit court were for the defendant, and that judgment was affirmed in the Appellate Court for the Second District, on appeal. A majority of the judges of that court have not certified to us that the case "involves questions of law of such importance, either on account of principal or collateral interests, as that it should be passed upon by this court." Sess. Laws, 1877, pp. 70–71, sec. 8; id. p. 153, sec. 90; *Baber* v. *Pittsburg, Cincinnati and St. Louis R. R. Co. et al.* 93 Ill. 342; *Umlauf* v. *Umlauf*, 103 id. 651.

*Appeal dismissed.*